PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| MAXIMUS III PROPERTIES, LLC, | ) | |
|---|---|---|
| | ) | CASE NO. 4:17CV1495 |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| v. | ) | |
| | ) | |
| AUTOPARKIT, LLC, | ) | **JUDGMENT ENTRY PERPETUALLY** |
| | ) | **STAYING FURTHER PROCEEDINGS** |
| Defendant. | ) | **AND CLOSING THE WITHIN CASE** |

The Court has been informed by the filing of Plaintiff's Suggestion of Bankruptcy (ECF No. 10) that on September 7, 2017, Plaintiff Maximus III Properties, LLC filed a voluntary petition for relief in a case under Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Ohio, being Case No. 17-41723-kw. Pursuant to 11 U.S.C. § 362, the filing of such a case under the Bankruptcy Code mandates a stay of the within proceedings.

Accordingly, further proceedings in the within cause are hereby perpetually stayed and the within case is hereby closed, subject to reopening upon written motion of Plaintiff or any other proper party in interest, after the granting of relief from the stay imposed by Section 362 or any injunction imposed by virtue of 11 U.S.C. § 524.

(4:17CV1495)

The Telephonic Case Management Conference set on September 29, 2017 is cancelled.

IT IS SO ORDERED.

 September 11, 2017                     */s/ Benita Y. Pearson*
Date                                    Benita Y. Pearson
                                        United States District Judge